**DEBTOR:** Minnesota School of Business, Inc.   **MONTHLY OPERATING REPORT**
                                                   CHAPTER 11

**CASE NUMBER:** 19-33629

## Form 2-A
## COVER SHEET

For Period Ending 12/31/2019

**Accounting Method:** [x] Accrual Basis   [ ] Cash Basis

*THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH*

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. Submit the original Monthly Operating Report bearing an original signature, to the U. S. Trustee. A copy of the Report must be filed with the Clerk of Court. 11 U.S.C. § 704(8)

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| [x] | [ ] | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| [ ] | [x] | 2. Balance Sheet (Form 2-C) |
| [ ] | [x] | 3. Profit and Loss Statement (Form 2-D) |
| [x] | [ ] | 4. Supporting Schedules (Form 2-E) |
| [x] | [ ] | 5. Quarterly Fee Summary (Form 2-F) |
| [x] | [ ] | 6. Narrative (Form 2-G) |
| [x] | [ ] | 7. Bank Statements for All Bank Accounts |
| [x] | [ ] | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

**Executed on:** 1/24/20    **Print Name:** Kenneth J. McCarthy

**Signature:** [signature]

**Title:** CFO

Rev. 01/01/18

**DEBTOR:** Minnesota School of Business, Inc.     **CASE NO:** 19-33629

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 11/20/2019 to 12/31/2019

**CASH FLOW SUMMARY**

| | Current Month | Accumulated |
|---|---:|---:|
| 1. Beginning Cash Balance | $ 3,282,575.38 (1) | $ 0 (1) |
| 2. Cash Receipts | | |
|    Operations | 222.00 | 0 |
|    Sale of Assets | - | 0 |
|    Loans/advances | - | 0 |
|    Rent Received | 107,196.51 | 0 |
|    Other - Interest Income | 4,123.19 | |
|    Total Cash Receipts | $ 111,541.70 | $ 0 |
| 3. Cash Disbursements | | |
|    Operations | 47,357.85 | 0 |
|    Debt Service/Secured loan payment | 77,623.75 | 0 |
|    Professional fees/U.S. Trustee fees | - | 0 |
|    Other - Due from LLCs | 1,986.26 | 0 |
|    Total Cash Disbursements | $ 126,967.86 | $ 0 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | (15,426.16) | 0 |
| 5. Ending Cash Balance (to Form 2-C) | $ 3,267,149.22 (2) | $ 0 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---:|
| Petty Cash | n/a | $ 0 |
| DIP Operating Account | Wells Fargo | 3,267,149.22 |
| DIP State Tax Account | n/a | 0 |
| DIP Payroll Account | n/a | 0 |
| Other Operating Account | n/a | 0 |
| Other Interest-bearing Account | n/a | 0 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 3,267,149.22 (2) |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case*
    *Current month beginning cash balance should equal the previous month's ending balance*
*(2) All cash balances should be the same.*

**DEBTOR:** Minnesota School of Business, Inc.  **CASE NO:** 19-33629

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: 11/20/2019 - 12/31/2019

**CASH RECEIPTS DETAIL**  **Account No:** n/a
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 11/21/2019 | Headway Emotional Health | Due to MSB Holdings - Brooklyn Center, LLC | $ 26,807.32 |
| 11/27/2019 | NRG | Due to MSB Holdings - Lakeville, LLC | 6,768.75 |
| 11/29/2019 | Marcus Corp | Due to MSB Holdings - Shakopee, LLC | 10,857.82 |
| 11/29/2019 | Relics | Due to MSB Holdings - Woodbury, LLC | 12,102.69 |
| 11/29/2019 | Bright Horizons | Due to MSB Holdings - Woodbury, LLC | 12,008.70 |
| 12/2/2019 | Wells Fargo | Sweep Dividend Interest | 4,123.19 |
| 12/3/2019 | Guaranteed Rate | Due to MSB Holdings - Lakeville, LLC | 1,817.48 |
| 12/4/2019 | ISD #286 | Due to MSB Holdings - Brooklyn Center, LLC | 24,396.30 |
| 12/5/2019 | CMI | Bad Debt Recovery | 100.00 |
| 12/5/2019 | CMI | Bad Debt Recovery | 122.00 |
| 12/31/2019 | Bright Horizons | Due to MSB Holdings - Woodbury, LLC | 12,437.45 |

**Total Cash Receipts**   $ 111,541.70  (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

Page 2 of 3
Rev. 01/01/18

**DEBTOR:** Minnesota School of Business, Inc.      **CASE NO:** 19-33629

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 11/20/2019 to 12/31/2019

**CASH DISBURSEMENTS DETAIL**      **Account No:** n/a
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 11/20/2019 | 2012879 | CMI | collection expense | $ 46.24 |
| 11/20/2019 | 2012876 | CenturyLink | Due from MSB Holdings - Blaine, LLC | 60.45 |
| 11/20/2019 | 2012875 | CenturyLink | Due from MSB Holdings - Woodbury, LLC | 282.27 |
| 11/20/2019 | 2012891 | Rounds | Due from MSB Holdings - Rochester, LLC | 377.11 |
| 11/20/2019 | 2012868 | Ally | final payment | 386.38 |
| 11/20/2019 | 2012897 | Landscape Company | Due from MSB Holdings - Lakeville, LLC | 1,175.16 |
| 11/21/2019 | 2012878 | CityWide | Due from MSB Holdings - Shakopee, LLC | 91.27 |
| 11/29/2019 | ACH | Lake Area Bank | debt service | 14,970.49 |
| 11/29/2019 | ACH | Insperity | payroll | 14,129.87 |
| 12/2/2019 | ACH | NorthStar Bank | debt service | 20,515.76 |
| 12/2/2019 | ACH | Home Federal | debt service | 27,167.01 |
| 12/2/2019 | ACH | VOYA | payroll | 658.20 |
| 12/11/2019 | n/a | Wells Fargo | bankcard fee | 30.00 |
| 12/11/2019 | n/a | Wells Fargo | client analysis service charge | 776.97 |
| 12/13/2019 | ACH | Insperity | payroll | 14,115.37 |
| 12/13/2019 | ACH | MN Revenue | payroll | 786.00 |
| 12/16/2019 | ACH | VOYA | payroll | 658.20 |
| 12/17/2019 | 2014001 | Mark White | employee expense reimbursement | 854.88 |
| 12/19/2019 | ACH | MN Revenue | payroll | 701.00 |
| 12/30/2019 | ACH | Lake Area Bank | debt service | 14,970.49 |
| 12/31/2019 | ACH | Insperity | payroll | 14,214.74 |

**Total Cash Disbursements**      $ 126,967.86

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 01/01/18

|  | 12/31/2019 | 12/31/2018 |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash and equivalents | 3,270,617 | 2,565,967 |
| Restricted cash | 459,163 | 458,017 |
| Tenant receivables, net | 407,460 | 187,898 |
| Prepaid expenses | 8,593 | 3,755,132 |
| Due from affiliates | 10,059,576 | 9,801,047 |
| Notes receivable from shareholders | (2,386,577) | (2,386,577) |
| Total current assets | 11,818,832 | 14,381,483 |
| **Property and Equipment** | | |
| Equipment | 1,254,998 | 3,810,771 |
| Furniture and fixtures | 281,163 | 510,034 |
| Buildings and improvements | 34,690,024 | 34,261,711 |
|  | 36,226,185 | 38,582,516 |
| Accumulated depreciation and amortization | (11,797,804) | (13,878,782) |
|  | 24,428,380 | 24,703,734 |
| Land | 8,554,466 | 8,554,466 |
| Propery and equipment, net | 32,982,846 | 33,258,200 |
| **Other Assets** | | |
| Lease related receivables and initial direct cost | 1,712,480 | 1,897,966 |
| Loan origination fees, net | 4,638 | - |
| Total other assets | 1,717,118 | 1,897,966 |
| **TOTAL ASSETS** | 46,518,797 | 49,537,649 |

## LIABILITIES AND SHAREHOLDERS' EQUITY

| | | |
|---|---:|---:|
| **Current Liabilities** | | |
| Current portion of long-term debt | 354,151 | 3,652,563 |
| Accounts payable | 426,063 | 251,080 |
| Accrued liabilities | 418,805 | 363,469 |
| Total current liabilitites | 1,204,044 | 4,272,921 |
| | | |
| **Long-term Debt** | | |
| Notes payable to banks | 7,331,809 | 4,364,090 |
| Capital leases | - | 71,079 |
| Total liabilities | 8,535,852 | 8,708,090 |
| | | |
| **SHAREHOLDERS' EQUITY** | | |
| Common stock | 30,360 | 30,360 |
| Additional paid-in capital | 3,622,773 | 3,622,773 |
| Retained earnings | 37,176,427 | 39,536,415 |
| Current year income | (2,846,616) | (2,359,988) |
| Total shareholders' equity | 37,982,944 | 40,829,560 |
| | | |
| **TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY** | 46,518,797 | 49,537,649 |

## BALANCE SHEETS

|  | 12/31/2019 | 12/31/2018 |
|---|---|---|
| **ASSETS** | | |
| Current Assets | | |
| Cash and equivalents | - | $1,827,309 |
| Student receivables, net | - | 309,436 |
| Total current assets | - | 2,136,745 |
| | | |
| Property and Equipment | | |
| Equipment | - | 278,358 |
| | - | 278,358 |
| Accumulated depreciation and amortization | - | (178,931) |
| Propery and equipment, net | - | 99,427 |
| | | |
| Other Assets | | |
| | | |
| TOTAL ASSETS | - | $2,236,172 |
| | | |
| **EQUITY** | | |
| | | |
| Current Liabilities | | |
| Accounts payable | 943,800 | 795,454 |
| Accrued liabilities | 92,557 | 150,004 |
| Due to affiliates | 11,809,494 | 11,545,309 |
| Total current liabilitites | 12,845,851 | 12,490,767 |
| | | |
| Long-term Debt | | |
| Total liabilities | 12,845,851 | 12,490,767 |
| | | |
| SHAREHOLDERS' EQUITY | | |
| Common stock | 30,360 | 30,360 |
| Additional paid-in capital | 2,100,840 | 2,100,840 |
| Retained earnings | (12,385,795) | (10,785,228) |
| Current year income | (2,591,256) | (1,600,567) |
| Total shareholders' equity | (12,845,851) | (10,254,595) |
| | | |
| TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY | - | $2,236,172 |

Minnesota School of Business
Consolidated Income Statement
For the Twelve Months ending December 31, 2019

| | Brooklyn Center | | Shakopee | | Rochester | | Blaine | | Lakeville | | Woodbury | | Corporate | | MSB Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | | | | | | | | | |
| MISC INCOME | $0 | 0.0% | $0 | 0.0% | $0 | 0.0% | $35 | 0.0% | $0 | 0.0% | $0 | 0.0% | $0 | 0.0% | $35 | 0.0% |
| FACILITIES INCOME | $469,774 | 100.0% | $1,198,953 | 100.0% | $287,055 | 100.0% | $156,000 | 100.0% | $613,026 | 100.0% | $1,191,874 | 100.0% | $116,640 | 100.0% | $4,033,321 | 100.0% |
| **TOTAL REVENUE** | **$469,774** | **100.0%** | **$1,198,953** | **100.0%** | **$287,055** | **100.0%** | **$156,035** | **100.0%** | **$613,026** | **100.0%** | **$1,191,874** | **100.0%** | **$116,640** | **100.0%** | **$4,033,356** | **100.0%** |
| | | | | | | | | | | | | | | | | |
| **OPERATING EXPENSES** | | | | | | | | | | | | | | | | |
| PAYROLL EXPENSES | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | 340,698 | 292.1% | 340,698 | 8.4% |
| HEALTH INSURANCE | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | 20,939 | 18.0% | 20,939 | 0.5% |
| SOFTWARE | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | 62,489 | 53.6% | 62,489 | 1.5% |
| LEGAL & ACCOUNTING | - | 0.0% | - | 0.0% | 1,521 | 0.5% | - | 0.0% | - | 0.0% | - | 0.0% | 2,040,641 | 1 749.5% | 2,042,162 | 50.6% |
| CORPORATE EXPENSE | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | 3,158 | 2.7% | 3,158 | 0.1% |
| DUES & SUBSCRIPTIONS | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | 336 | 0.3% | 336 | 0.0% |
| RENT | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | 4,164 | 3.6% | 4,164 | 0.1% |
| EQUIPMENT LEASE | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | 354 | 0.0% | 645 | 0.6% | 998 | 0.0% |
| INSURANCE | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | 9,644 | 8.3% | 9,644 | 0.2% |
| BANK SERVICE CHARGES | - | 0.0% | - | 0.0% | 8,581 | 3.0% | - | 0.0% | 3,100 | 0.5% | - | 0.0% | 8,910 | 7.6% | 20,591 | 0.5% |
| TRAVEL EXPENSE | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | 5,704 | 4.9% | 5,704 | 0.1% |
| POSTAGE | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | 161 | 0.1% | 161 | 0.0% |
| OFFICE SUPPLIES | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | 4,016 | 3.4% | 4,016 | 0.1% |
| TELEPHONE | 1,184 | 0.3% | - | 0.0% | 1,144 | 0.4% | 3,061 | 2.0% | 2,645 | 0.4% | - | 0.0% | 182,189 | 156.2% | 190,223 | 4.7% |
| COLLECTION EXPENSE | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | 1,045 | 0.9% | 1,045 | 0.0% |
| PAYROLL PROCESSING | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | 5,475 | 4.7% | 5,475 | 0.1% |
| MISC. ADMIN. | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | (1,210) | ( 1.0%) | (1,210) | ( 0.0%) |
| CREDIT CARD PROCESSING FEES | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | 415 | 0.4% | 415 | 0.0% |
| DEPRECIATION EXPENSE | 58,628 | 12.5% | 152,293 | 12.7% | 105,182 | 36.6% | - | 0.0% | 74,940 | 12.2% | 426,389 | 35.8% | - | 0.0% | 817,432 | 20.3% |
| AMORTIZATION EXPENSE | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | 928 | 0.2% | - | 0.0% | - | 0.0% | 928 | 0.0% |
| BAD DEBT EXPENSE | | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | (6,598) | ( 5.7%) | (6,598) | ( 0.2%) |
| MINNESOTA FRANCHISE TAX | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | 10,210 | 8.8% | 10,210 | 0.3% |
| SALES & USE TAX | 2,295 | 0.5% | 1,038 | 0.1% | 1,082 | 0.4% | 588 | 0.4% | 693 | 0.1% | 146 | 0.0% | 1,898 | 1.6% | 7,740 | 0.2% |
| OCCUPANCY EXPENSE | 432,093 | 92.0% | 691,253 | 57.7% | 132,928 | 46.3% | 244,074 | 156.4% | 323,803 | 52.8% | 1,055,051 | 88.5% | 46,731 | 40.1% | 2,925,933 | 72.5% |
| **TOTAL OPERATING EXPENSES** | **494,200** | **105.2%** | **844,584** | **70.4%** | **250,438** | **87.2%** | **247,723** | **158.8%** | **406,109** | **66.2%** | **1,481,940** | **124.3%** | **2,741,660** | **2 350.5%** | **6,466,653** | **160.3%** |
| | | | | | | | | | | | | | | | | |
| **OTHER INCOME/EXPENSES** | | | | | | | | | | | | | | | | |
| INTEREST INCOME | - | 0.00% | - | 0.00% | 1,046 | 0.36% | - | 0.00% | - | 0.00% | - | 0.00% | 61,092 | 52.38% | 62,137 | 1.54% |
| INTEREST EXPENSE | (121,413) | -25.84% | - | 0.00% | (182,734) | -63.66% | - | 0.00% | (112,768) | -18.40% | - | 0.00% | (59,302) | -50.84% | (476,217) | -11.81% |
| GAIN ON SALE OF BUILDING | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | 764 | 0.66% | 764 | 0.02% |
| **TOTAL OTHER INCOME/EXPENSES** | **(121,413)** | **( 25.8%)** | **-** | **0.0%** | **(181,688)** | **( 63.3%)** | **-** | **0.0%** | **(112,768)** | **( 18.4%)** | **-** | **0.0%** | **2,554** | **2.2%** | **(413,316)** | **( 10.2%)** |
| | | | | | | | | | | | | | | | | |
| **NET INCOME (LOSS)** | **(145,839)** | **( 31.0%)** | **354,369** | **29.6%** | **(145,071)** | **( 50.5%)** | **(91,688)** | **( 58.8%)** | **94,149** | **15.4%** | **(290,066)** | **( 24.3%)** | **(2,622,466)** | **(2 248.3%)** | **(2,846,613)** | **( 70.6%)** |

Minnesota School of Business
Consolidated Income Statement
For the Twelve Months ending December 31, 2019

| | Brooklyn Center | | Shakopee | | Rochester | | Blaine | | Lakeville | | Woodbury | | Corporate | | MSB Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PAYROLL RELATED EXPENSES** | | | | | | | | | | | | | | | | |
| CORPORATE SALARIES | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | 304,668 | 261.2% | 304,668 | 7.6% |
| 401K EMPLOYER MATCH | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | 2,863 | 2.5% | 2,863 | 0.1% |
| PAYROLL TAX EXPENSE | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | 33,166 | 28.4% | 33,166 | 0.8% |
| **TOTAL PAYROLL EXPENSES** | - | **0.0%** | - | **0.0%** | - | **0.0%** | - | **0.0%** | - | **0.0%** | - | **0.0%** | 340,697 | **292.1%** | 340,697 | **8.4%** |
| | | | | | | | | | | | | | | | | |
| **MARKETING EXPENSES, excluding salaries** | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| **OCCUPANCY EXPENSES** | | | | | | | | | | | | | | | | |
| RENT | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | 4,164 | 3.6% | 4,164 | 0.1% |
| PROF FEES | 58,951 | 12.5% | 15,157 | 1.3% | 6,075 | 2.1% | 19,704 | 12.6% | 25,355 | 4.1% | 90,647 | 7.6% | - | 0.0% | 215,889 | 5.4% |
| REAL ESTATE TAXES | 72,512 | 15.4% | 192,851 | 16.1% | - | 0.0% | 89,156 | 57.1% | 120,626 | 19.7% | 446,198 | 37.4% | - | 0.0% | 921,342 | 22.8% |
| WATER & SEWER | 13,665 | 2.9% | 11,592 | 1.0% | 8,027 | 2.8% | 2,224 | 1.4% | 3,152 | 0.5% | 7,672 | 0.6% | - | 0.0% | 46,332 | 1.1% |
| UTILITIES | 128,734 | 27.4% | 185,444 | 15.5% | 38,171 | 13.3% | 38,107 | 24.4% | 69,991 | 11.4% | 149,033 | 12.5% | - | 0.0% | 609,481 | 15.1% |
| GAS | 47,277 | 10.1% | 29,619 | 2.5% | 13,029 | 4.5% | 21,159 | 13.6% | 4,303 | 0.7% | - | 0.0% | (8) | (0.0%) | 115,380 | 2.9% |
| BUILDING R&M | 4,268 | 0.9% | 2,582 | 0.2% | 8,776 | 3.1% | 6,264 | 4.0% | 16,037 | 2.6% | 181,401 | 15.2% | 46,635 | 40.0% | 265,964 | 6.6% |
| CLEANING & SUPPLIES | - | 0.0% | 53,747 | 4.5% | - | 0.0% | 2,571 | 1.6% | 37,236 | 6.1% | 33,202 | 2.8% | - | 0.0% | 126,755 | 3.1% |
| FIRE PROTECTION | 31,797 | 6.8% | 2,466 | 0.2% | 4,209 | 1.5% | 1,835 | 1.2% | 1,798 | 0.3% | 11,595 | 1.0% | 104 | 0.1% | 53,803 | 1.3% |
| HVAC REPAIRS | 31,995 | 6.8% | 34,808 | 2.9% | 12,300 | 4.3% | 10,003 | 6.4% | 10,532 | 1.7% | 28,631 | 2.4% | - | 0.0% | 128,269 | 3.2% |
| LANDSCAPE | 7,126 | 1.5% | 19,007 | 1.6% | 9,547 | 3.3% | 11,826 | 7.6% | 8,226 | 1.3% | 17,137 | 1.4% | - | 0.0% | 72,868 | 1.8% |
| PARKING LOT R&M | - | 0.0% | 8,920 | 0.7% | 6,164 | 2.1% | 5,045 | 3.2% | 600 | 0.1% | 19,110 | 1.6% | - | 0.0% | 39,839 | 1.0% |
| REFUSE | 6,032 | 1.3% | 25,539 | 2.1% | 4,508 | 1.6% | 3,042 | 1.9% | 4,012 | 0.7% | 9,069 | 0.8% | - | 0.0% | 52,203 | 1.3% |
| SECURITY | - | 0.0% | 24,896 | 2.1% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | 24,896 | 0.6% |
| SNOW PLOWING | 15,207 | 3.2% | 52,542 | 4.4% | 12,638 | 4.4% | 24,339 | 15.6% | 12,187 | 2.0% | 39,089 | 3.3% | - | 0.0% | 156,001 | 3.9% |
| PROPERTY INSURANCE | 14,530 | 3.1% | 32,084 | 2.7% | 9,484 | 3.3% | 8,799 | 5.6% | 9,748 | 1.6% | 22,267 | 1.9% | - | 0.0% | 96,912 | 2.4% |
| **TOTAL OCCUPANCY EXPENSES** | 432,094 | **92.0%** | 691,254 | **57.7%** | 132,928 | **46.3%** | 244,074 | **156.4%** | 323,803 | **52.8%** | 1,055,051 | **88.5%** | 50,895 | **43.6%** | 2,930,098 | **72.6%** |
| | | | | | | | | | | | | | | | | |
| **OVERHEAD** | | | | | | | | | | | | | | | | |
| TOTAL OPERATING EXPENSES | 494,200 | 105.2% | 844,584 | 70.4% | 250,438 | 87.2% | 247,723 | 158.8% | 406,109 | 66.2% | 1,481,940 | 124.3% | 2,741,660 | 2 350.5% | 6,466,653 | 160.3% |
| Less payroll expenses | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% | (340,697) | (292.1%) | (340,697) | (8.4%) |
| Less occupancy expenses | (432,094) | (92.0%) | (691,254) | (57.7%) | (132,928) | (46.3%) | (244,074) | (156.4%) | (323,803) | (52.8%) | (1,055,051) | (88.5%) | (50,895) | (43.6%) | (2,930,098) | (72.6%) |
| **Total Overhead** | 62,106 | **13.2%** | 153,330 | **12.8%** | 117,510 | **40.9%** | 3,649 | **2.3%** | 82,306 | **13.4%** | 426,889 | **35.8%** | 2,350,068 | **2 014.8%** | 3,195,858 | **79.2%** |

Globe University
Consolidated Income Statement
For the Twelve Months ending December 31, 2019

|  | Globe University |
|---|---:|
| **REVENUE** |  |
| MISC INCOME | $340 |
| **TOTAL REVENUE** | $ 340 |
|  |  |
| **OPERATING EXPENSES** |  |
| HEALTH INSURANCE | 1,807 |
| STUDENT MATERIALS | 39 |
| SOFTWARE | 77 |
| LEGAL & ACCOUNTING | 2,040,491 |
| RENT | 156,000 |
| INSURANCE | (287) |
| BANK SERVICE CHARGES | 4,399 |
| TELEPHONE | 1,246 |
| COLLECTION EXPENSE | 221 |
| CREDIT CARD PROCESSING FEES | 276 |
| BAD DEBT EXPENSE | 308,106 |
| STATE FRANCHISE TAX | 610 |
| SALES & USE TAX | 47 |
| OCCUPANCY EXPENSE | (28,431) |
| **TOTAL OPERATING EXPENSES** | 2,484,600 |
|  |  |
| **OTHER INCOME/EXPENSES** |  |
| INTEREST INCOME | 18,996 |
| INTEREST EXPENSE | (34,575) |
| GAIN ON SALE OF ASSETS | (91,417) |
| **TOTAL OTHER INCOME/EXPENSES** | (106,996) |
|  |  |
| **Net Income (Loss)** | (2,591,256) |
|  |  |
| **PAYROLL RELATED EXPENSES** |  |
|  |  |
| **MARKETING EXPENSES, excluding salaries** |  |
|  |  |
| **OCCUPANCY EXPENSES** |  |
| RENT | 156,000 |
| REAL ESTATE TAXES | (55,530) |
| WATER & SEWER | 1,537 |
| ELECTRIC | 5,439 |
| GAS | 944 |
| BUILDING R&M | 4,158 |
| FIRE PROTECTION | 1,437 |
| HVAC REPAIRS | 419 |
| LANDSCAPE | 825 |
| SNOW PLOWING | 11,670 |
| PROPERTY INSURANCE | 670 |
| **Total Occupancy Expenses** | 127,569 |
|  |  |
| **OVERHEAD** |  |
| TOTAL OPERATING EXPENSES | 2,484,600 |
| Less occupancy expenses | (127,569) |
| **Total Overhead** | 2,357,031 |

**DEBTOR:** Minnesota School of Business, Inc.   **CASE NO:** 19-33629

**Form 2-E**
**SUPPORTING SCHEDULES**
For Period: 11/20/2019 to 12/31/2019

### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| **Income Tax Withheld:** | | | | | | |
| Federal | $ - | $ 883.29 | $ 883.29 | 11/29/2019 | ACH | $ - |
| Federal | - | 883.29 | 883.29 | 12/13/2019 | ACH | - |
| Federal | - | 883.29 | 883.29 | 12/31/2019 | ACH | - |
| State | - | 451.82 | 451.82 | 11/29/2019 | ACH | - |
| State | - | 451.82 | 451.82 | 12/13/2019 | ACH | - |
| State | - | 451.82 | 451.82 | 12/31/2019 | ACH | - |
| FICA Tax Withheld | - | 439.48 | 439.48 | 11/29/2019 | ACH | - |
| FICA Tax Withheld | - | 439.48 | 439.48 | 12/13/2019 | ACH | - |
| FICA Tax Withheld | - | 439.48 | 439.48 | 12/31/2019 | ACH | - |
| Employer's FICA Tax | - | 439.48 | 439.48 | 11/29/2019 | ACH | - |
| Employer's FICA Tax | - | 439.48 | 439.48 | 12/13/2019 | ACH | - |
| Employer's FICA Tax | - | 439.48 | 439.48 | 12/31/2019 | ACH | - |
| **Unemployment Tax** | | | | | | |
| Federal | - | - | - | | | - |
| State | - | - | - | | | - |
| **Sales, Use & Excise Taxes** | - | 639.00 | - | | | 639.00 |
| **Property Taxes** | - | - | - | | | - |
| **Accrued Income Tax:** | | | | | | |
| Federal | - | - | - | | | - |
| State | - | - | - | | | - |
| Other: | - | - | - | | | - |
| **TOTALS** | $ - | $ 7,281.21 | $ 6,642.21 | | | $ 639.00 |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.

### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | | $ | | |
| General Liability | Auto-Owners Insurance | $ 2,000,000 | 2/1/2020 | 2/1/2020 |
| Property (Fire, Theft) | Auto-Owners Insurance | $ 47,541,790 | 2/1/2020 | 2/1/2020 |
| Vehicle | | $ | | $ |
| Other (list): | | $ | | $ |
| Umbrella | Auto-Owners Insurance | $ 5,000,000 | 2/1/2020 | 2/1/2020 |

Page 1 of 2
Rev. 01/01/18

**DEBTOR:** Minnesota School of Business, Inc.     **CASE NO:** 19-33629

**Form 2-E**
**SUPPORTING SCHEDULES**
**For Period:** 11/20/2019 **to** 12/31/2019

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---:|---:|
| Under 30 days | $ (12,437.45) | $ 239,979.72 |
| 30 to 60 days | 263,458.35 | 169,647.36 |
| 61 to 90 days | (32,823.25) | - |
| 91 to 120 days | 33,720.08 | - |
| Over 120 days | - | - |
| **Total Post Petition** | 251,917.73 | |
| **Pre Petition Amounts** | 193,256.88 | |
| Total Accounts Receivable | $ 445,174.61 | |
| Less: Bad Debt Reserve | 37,714.42 | |
| **Net Accounts Receivable (to Form 2-C)** | $ 407,460.19 | |
| **Total Post Petition Accounts Payable** | | $ 409,627.08 |

*\* Attach a detail listing of accounts receivable and post-petition accounts payable*

## SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---:|---:|---:|---|---:|
| Debtor's Counsel | $ - | $51,491.70 | $ - | | $ 105,020.63 |
| Anthony Ostlund | $10,000.00 | $13,113.07 | $ - | | $ 16,131.38 |
| Donlin Recano | $ - | $ 7,351.55 | $ - | | $ 16,985.57 |
| Trustee's Counsel | $ - | $ - | $ - | | $ - |
| Accountant | $ - | $ - | $ - | | $ - |
| Other: | $ - | $ - | $ - | | $ - |
| Total | $10,000.00 | $71,956.32 | $ - | | $ 138,137.58 |

*Balance due to include fees and expenses incurred but not yet paid.

## SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ |
| | | | |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 01/01/18

```
System:     1/24/2020   1:23:13 PM                          DETAIL HISTORICAL AGED TRIAL BALANCE                              Page:    1
User Date:  1/24/2020                                          Minnesota School of Business                                   User ID: kploeger
                                                                  Receivables Management

Ranges:
  Customer ID:        First - Last                 User-Defined 1:    First - Last              State:         First - Last
  Customer Class:     First - Last                 Customer Name:     First - Last              Telephone:     First - Last
  Salesperson ID:     First - Last                 Short Name:        First - Last              ZIP Code:      First - Last
  Sales Territory:    First - Last                 Posting Date:      First - 12/31/2019

Account Type:  All                                 Customer:          by Customer Name
Aging Date:    12/31/2019                          Document:          by Document Number
Exclude:       Zero Balance, No Activity, Fully Paid Documents, Unposted Applied Credit Documents, Multicurrency Info

* - Indicates an unposted credit document that has been applied.
```

| Customer: 1200 | | Name: AMES CONSTRUCTION, INC. | | | | Account Type: Open Item | | |
|---|---|---|---|---|---|---|---|---|
| User-Defined 1: | | Salesperson: | | | | | | |
| Contact: DAYNA NOSAN | | Territory: | | Credit: Unlimited | | | | |
| Phone: (952) 887-6104 Ext. 0000 | | Terms: Due on 1st | | | | | | |
| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
| R4795 | SLS | 11/13/2019 | $13,000.00 | | | $0.00 | $13,000.00 | $0.00 | $0.00 |
| | | Totals: | | | | $0.00 | $13,000.00 | $0.00 | $0.00 |
| | | | | | | | | Balance | $13,000.00 |

| Customer: 2450 | | Name: BRIGHT HORIZONS | | | | Account Type: Open Item | | |
|---|---|---|---|---|---|---|---|---|
| User-Defined 1: | | Salesperson: | | | | | | |
| Contact: | | Territory: | | Credit: Unlimited | | | | |
| Phone: (000) 000-0000 Ext. 0000 | | Terms: Due on 1st | | | | | | |
| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
| PYMNT004275 | PMT | 12/31/2019 | ($12,437.45) | | | ($12,437.45) | $0.00 | $0.00 | $0.00 |
| | | Totals: | | | | ($12,437.45) | $0.00 | $0.00 | $0.00 |
| | | | | | | | | Balance | ($12,437.45) |

| Customer: 2610 | | Name: BROADVIEW UNIVERSITY | | | | Account Type: Open Item | | |
|---|---|---|---|---|---|---|---|---|
| User-Defined 1: | | Salesperson: | | | | | | |
| Contact: ROGER CHAMPAGNE | | Territory: | | Credit: Unlimited | | | | |
| Phone: (651) 332-8000 Ext. 0000 | | Terms: Due on 1st | | | | | | |
| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
| R4791 | SLS | 11/13/2019 | $9,720.00 | | | $0.00 | $9,720.00 | $0.00 | $0.00 |
| | | Totals: | | | | $0.00 | $9,720.00 | $0.00 | $0.00 |
| | | | | | | | | Balance | $9,720.00 |

| Customer: 4800 | | Name: COFFEE TA CREAM | | | | Account Type: Open Item | | |
|---|---|---|---|---|---|---|---|---|
| User-Defined 1: | | Salesperson: | | | | | | |
| Contact: RYAN KOCH | | Territory: | | Credit: Unlimited | | | | |
| Phone: (000) 000-0000 Ext. 0000 | | Terms: Due on 1st | | | | | | |
| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
| R4675 | SLS | 7/16/2019 | $1,686.82 | | | | | | $1,686.82 |
| PYMNT004186 | | 8/8/2019 | ($1,676.91) | | | | | | ($1,676.91) |
| R4699 | SLS | 8/22/2019 | $1,686.82 | | | | | | $1,686.82 |
| R4729 | SLS | 9/17/2019 | $1,686.82 | | | | | | $1,686.82 |
| PYMNT004231 | | 10/3/2019 | ($1,676.91) | | | | | | ($1,676.91) |

System: 1/24/2020   1:23:13 PM
User Date: 1/24/2020

**DETAIL HISTORICAL AGED TRIAL BALANCE**
Minnesota School of Business

Page: 2
User ID: kploeger

| Document Number | Type | Date | Amount | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|
| R4753 | SLS | 10/14/2019 | $1,686.82 | | $1,686.82 | | |
| PYMNT004256 | PMT | 11/6/2019 | ($1,676.91) | | | $9.91 | |
| R4778 | SLS | 11/13/2019 | $1,686.82 | | | | $1,706.64 |
| | | **Totals:** | | $0.00 | $1,686.82 | $9.91 | $1,706.64 |
| | | | **Writeoff** | **Discount** | | | **Balance** |
| | | | | | | | $3,403.37 |

---

**Customer: 16000   Name: CONCENTRA & VALOR HEALTHCARE**
User-Defined 1:   Salesperson:   Account Type: Open Item
Contact: LAUREL CLEVELAND   Territory:   Credit: Unlimited
Phone: (717) 884-7369 Ext. 0000   Terms: Due on 1st

| Document Number | Type | Date | Amount | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|
| PYMNT004080 | PMT | 3/7/2019 | ($11,942.11) | | | | ($5,139.72) |
| R4587 | SLS | 3/6/2019 | $11,942.42 | | | | $11,942.42 |
| PYMNT004104 | | 4/4/2019 | | | | | ($6,781.55) |
| R4612 | SLS | 4/10/2019 | $11,942.42 | | | | $11,942.42 |
| PYMNT004118 | | 4/30/2019 | | | | | ($11,942.11) |
| R4785 | SLS | 11/13/2019 | $12,386.77 | | $12,386.77 | | |
| RTN000118 | RTN | 4/16/2019 | ($21.46) | | | | ($21.46) |
| | | **Totals:** | | $0.00 | $12,386.77 | $0.00 | $0.00 |
| | | | **Writeoff** | **Discount** | | | **Balance** |
| | | | | | | | $12,386.77 |

---

**Customer: 12700   Name: GIBRALTAR TITLE AGENCY**
User-Defined 1:   Salesperson:   Account Type: Open Item
Contact:   Territory:   Credit: Unlimited
Phone: (000) 000-0000 Ext. 0000   Terms: Due on 1st

| Document Number | Type | Date | Amount | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|
| R4798 | SLS | 11/13/2019 | $1,697.14 | | $1,697.14 | | |
| | | **Totals:** | | $0.00 | $1,697.14 | $0.00 | $0.00 |
| | | | **Writeoff** | **Discount** | | | **Balance** |
| | | | | | | | $1,697.14 |

---

**Customer: 6175   Name: GOLDSMITH EYE CARE**
User-Defined 1:   Salesperson:   Account Type: Open Item
Contact:   Territory:   Credit: Unlimited
Phone: (000) 000-0000 Ext. 0000   Terms: Due on 1st

| Document Number | Type | Date | Amount | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|
| R4780 | SLS | 11/13/2019 | $1,509.28 | | $1,509.28 | | |
| | | **Totals:** | | $0.00 | $1,509.28 | $0.00 | $0.00 |
| | | | **Writeoff** | **Discount** | | | **Balance** |
| | | | | | | | $1,509.28 |

---

**Customer: 13900   Name: HEADWAY EMOTIONAL HEALTH SERVICES**
User-Defined 1:   Salesperson:   Account Type: Open Item
Contact:   Territory:   Credit: Unlimited
Phone: (612) 861-1675 Ext. 0000   Terms: Due on 1st

| Document Number | Type | Date | Amount | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|
| R4687 | SLS | 7/16/2019 | $27,694.24 | | | | $27,694.24 |
| R4711 | SLS | 8/22/2019 | $27,694.24 | | | | $27,694.24 |

| System: | 1/24/2020 | 1:23:13 PM | | | DETAIL HISTORICAL AGED TRIAL BALANCE | | | | | | Page: | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| User Date: | 1/24/2020 | | | | Minnesota School of Business | | | | | | User ID: | kploeger |

| | | | | | | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R4740 | SLS | 9/17/2019 | | | | | | | | | $27,694.24 |
| R4764 | SLS | 10/14/2019 | | | | | | | | | $27,694.24 |
| R4789 | SLS | 11/13/2019 | | | | | | | | | $27,694.24 |
| | | | | | | | | | | Totals: | $138,471.20 |

| Customer: | 15000 | | | Name: | HIGH SCORE GAMES LLC | | | Account Type: | Open Item | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| User-Defined 1: | | | | Salesperson: | | | | Credit: | Unlimited | | |
| Contact: | | | | Territory: | | | | | | | |
| Phone: | (000) 000-0000 Ext. 0000 | | | Terms: | Due on 1st | | | | | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| R4269 | SLS | 3/20/2018 | $1,943.89 | | | | | | $1,943.89 | |
| PYMNT004072 | | 2/28/2019 | | | | | | | ($1,346.47) | |
| R4291 | SLS | 4/17/2018 | $1,943.89 | | | | | | $1,943.89 | |
| R4312 | SLS | 5/16/2018 | $1,943.89 | | | | | | $1,943.89 | |
| R4334 | SLS | 6/14/2018 | $1,943.89 | | | | | | $1,943.89 | |
| R4355 | SLS | 7/17/2018 | $1,943.89 | | | | | | $1,943.89 | |
| R4378 | SLS | 8/20/2018 | $1,943.89 | | | | | | $1,943.89 | |
| R4400 | SLS | 9/13/2018 | $1,943.89 | | | | | | $1,943.89 | |
| R4422 | SLS | 10/10/2018 | $1,943.89 | | | | | | $1,943.89 | |
| R4445 | SLS | 11/15/2018 | $1,943.89 | | | | | | $1,943.89 | |
| R4512 | SLS | 12/10/2018 | $1,966.22 | | | | | | $1,966.22 | |
| R4536 | SLS | 1/15/2019 | $1,966.22 | | | | | | $1,966.22 | |
| R4560 | SLS | 2/14/2019 | $2,411.94 | | | | | | $2,411.94 | |
| R4585 | SLS | 3/6/2019 | $1,966.22 | | | | | | $1,966.22 | |
| R4783 | SLS | 11/13/2019 | $1,966.22 | | | | $1,966.22 | | | |
| | | Totals: | | | | $0.00 | $1,966.22 | $0.00 | $24,459.14 | $26,425.36 |

| Customer: | 19000 | | | Name: | KAZOOM PLAYCENTER | | | Account Type: | Open Item | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| User-Defined 1: | | | | Salesperson: | | | | Credit: | Unlimited | | |
| Contact: | YVONNE HAUGLAND, CFO | | | Territory: | | | | | | | |
| Phone: | (952) 890-6524 Ext. 7550 | | | Terms: | Due on 1st | | | | | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| R4511 | SLS | 12/10/2018 | $3,442.19 | | | | | | $3,442.19 | |
| PYMNT004108 | | 4/16/2019 | | | | | | | ($2,702.74) | |
| R4535 | SLS | 1/15/2019 | $3,442.19 | | | | | | $3,442.19 | |
| R4559 | SLS | 2/14/2019 | $4,583.83 | | | | | | $4,583.83 | |
| R4584 | SLS | 3/6/2019 | $3,442.19 | | | | | | $3,442.19 | |

| System: | 1/24/2020 | | | | | | | | Page: | 4 |
|---|---|---|---|---|---|---|---|---|---|---|
| User Date: | 1/24/2020 | | 1:23:13 PM | | | | | | User ID: | kploeger |

## DETAIL HISTORICAL AGED TRIAL BALANCE
### Minnesota School of Business

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R4609 | SLS | 4/10/2019 | | | | | $3,442.19 |
| R4633 | SLS | 5/13/2019 | | | | | $3,442.19 |
| R4656 | SLS | 6/4/2019 | | | | | $3,442.19 |
| R4680 | SLS | 7/16/2019 | | | | | $3,442.19 |
| R4704 | SLS | 8/22/2019 | | | | | $3,442.19 |
| | | | | | | **Balance** | **$29,418.61** |

**Customer:** 19500  **Name:** LAKEVILLE SCHOOL DISTRICT ISD 194  **Account Type:** Open Item

| User-Defined 1: | | **Salesperson:** | | **Credit:** Unlimited | | | |
|---|---|---|---|---|---|---|---|
| Contact: | JOAN ECKDAHL | **Territory:** | | | | | |
| Phone: | (000) 000-0000 Ext. 0000 | **Terms:** Due on 1st | | | | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| R4800 | SLS | 11/13/2019 | $16,870.12 | | | | $16,870.12 | | |
| | | | | | **Totals:** | $0.00 | $16,870.12 | $0.00 | $0.00 |
| | | | | | | | | **Balance** | **$16,870.12** |

**Customer:** 24500  **Name:** METROPOLITAN DANCE ALLIANCE  **Account Type:** Open Item

| User-Defined 1: | | **Salesperson:** | | **Credit:** Unlimited | | | |
|---|---|---|---|---|---|---|---|
| Contact: | | **Territory:** | | | | | |
| Phone: | (000) 000-0000 Ext. 0000 | **Terms:** Due on 1st | | | | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| R4781 | SLS | 11/13/2019 | $6,736.66 | | | | $6,736.66 | | |
| | | | | | **Totals:** | $0.00 | $6,736.66 | $0.00 | $0.00 |
| | | | | | | | | **Balance** | **$6,736.66** |

**Customer:** 32725  **Name:** PRIOR LAKE-SAVAGE AREA SCHOOL  **Account Type:** Open Item

| User-Defined 1: | | **Salesperson:** | | **Credit:** Unlimited | | | |
|---|---|---|---|---|---|---|---|
| Contact: | JEFF HOLMBERG | **Territory:** | | | | | |
| Phone: | (000) 000-0000 Ext. 0000 | **Terms:** Due on 1st | | | | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| R4799 | SLS | 11/13/2019 | $25,130.97 | | | | $25,130.97 | | |
| | | | | | **Totals:** | $0.00 | $25,130.97 | $0.00 | $0.00 |
| | | | | | | | | **Balance** | **$25,130.97** |

**Customer:** 34400  **Name:** RIGHT LABS  **Account Type:** Open Item

| User-Defined 1: | | **Salesperson:** | | **Credit:** Unlimited | | | |
|---|---|---|---|---|---|---|---|
| Contact: | | **Territory:** | | | | | |
| Phone: | (000) 000-0000 Ext. 0000 | **Terms:** Due on 1st | | | | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| R4797 | SLS | 11/13/2019 | $4,942.66 | | | | $4,942.66 | | |
| | | | | | **Totals:** | $0.00 | $4,942.66 | $0.00 | $0.00 |
| | | | | | | | | **Balance** | **$4,942.66** |

| System: | 1/24/2020 | 1:23:13 PM | | | DETAIL HISTORICAL AGED TRIAL BALANCE | | | | Page: | 5 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| User Date: | 1/24/2020 | | | | Minnesota School of Business | | | | User ID: | kploeger |

**Customer:** 34900  **Name:** ROCHESTER BEACON ACADEMY  **Account Type:** Open Item
User-Defined 1:
Contact:  **Salesperson:**  **Credit:** Unlimited
Phone: (000) 000-0000 Ext. 0000  **Territory:**
  **Terms:** Due on 1st

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| R4668 | SLS | 6/4/2019 | $24,685.80 | | | | | | $24,685.80 |
| PYMNT004211 | | 9/11/2019 | | | | | | | ($24,607.50) |
| R4792 | SLS | 11/13/2019 | $24,607.50 | | | | $24,607.50 | | |
| | | | | | **Totals:** | $0.00 | $24,607.50 | $0.00 | $78.30 |

Balance $24,685.80
Balance $24,685.80

**Customer:** 36000  **Name:** SHAKOPEE PUBLIC SCHOOLS  **Account Type:** Open Item
User-Defined 1:
Contact:  **Salesperson:**  **Credit:** Unlimited
Phone: (000) 000-0000 Ext. 0000  **Territory:**
  **Terms:** Due on 1st

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| R4787 | SLS | 11/13/2019 | $25,449.91 | | | | $25,449.91 | | |
| | | | | | **Totals:** | $0.00 | $25,449.91 | $0.00 | $0.00 |

Balance $25,449.91

**Customer:** 16490  **Name:** SHAKOPEE SCHOOLS-TOKATA  **Account Type:** Open Item
User-Defined 1:
Contact:  **Salesperson:**  **Credit:** Unlimited
Phone: (952) 496-5016 Ext. 0000  **Territory:**
  **Terms:** Due on 1st

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| R4784 | SLS | 11/13/2019 | $11,578.76 | | | | $11,578.76 | | |
| | | | | | **Totals:** | $0.00 | $11,578.76 | $0.00 | $0.00 |

Balance $11,578.76

**Customer:** 16500  **Name:** SW METRO EDUCATIONAL COOPERATIVE  **Account Type:** Open Item
User-Defined 1:
Contact:  **Salesperson:**  **Credit:** Unlimited
Phone: (000) 000-0000 Ext. 0000  **Territory:**
  **Terms:** Due on 1st

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| R4779 | SLS | 11/13/2019 | $24,551.82 | | | | $24,551.82 | | |
| | | | | | **Totals:** | $0.00 | $24,551.82 | $0.00 | $0.00 |

Balance $24,551.82

**Customer:** 49900  **Name:** WOODBURY LEADERSHIP ACADEMY  **Account Type:** Open Item
User-Defined 1:
Contact:  **Salesperson:**  **Credit:** Unlimited
Phone: (000) 000-0000 Ext. 0000  **Territory:**
  **Terms:** Due on 1st

| Document Number | Type | Date | Amount | Discount | Writeoff | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| R4793 | SLS | 11/13/2019 | $70,892.61 | | | | $70,892.61 | | |
| | | | | | **Totals:** | $0.00 | $70,892.61 | $0.00 | $0.00 |

Balance $70,892.61

```
System:     1/24/2020    1:23:13 PM                                    DETAIL HISTORICAL AGED TRIAL BALANCE                                    Page:    6
User Date:  1/24/2020                                                      Minnesota School of Business                                        User ID: kploeger

Customer:   50000                           Name:          WOODBURY SPINE WELLNESS CENTER              Account Type:  Open Item
User-Defined 1:                             Salesperson:                                    Credit:    Unlimited
Contact:    JUSTIN NYE                      Territory:
Phone:      (651) 731-0505  Ext. 0000       Terms:         Due on 1st

Document Number   Type   Date         Amount        Discount    Writeoff    Current    31 - 60 Days    61 - 90 Days    91 and Over     Balance
R4788             SLS    11/13/2019   $10,741.02                                       $10,741.02                                      $10,741.02

                                                              Totals:       $0.00      $10,741.02      $0.00           $0.00           $10,741.02

                                             Customer(s)          Current        31 - 60 Days    61 - 90 Days    91 and Over     Balance
                        Grand Totals:            20             ($12,437.45)     $291,162.50     $27,704.15      $138,745.41    $445,174.61
```

**DEBTOR:** Minnesota School of Business, Inc.     **CASE NO:** 19-33629

**Form 2-F**
**QUARTERLY FEE SUMMARY ***
**For the Month Ended:** 12/31/2019

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | | $ 0 | | | |
| February | | 0 | | | |
| March | | 0 | | | |
| TOTAL 1st Quarter | | $ 0 | $ | | |
| April | | $ 0 | | | |
| May | | 0 | | | |
| June | | 0 | | | |
| TOTAL 2nd Quarter | | $ 0 | $ | | |
| July | | $ 0 | | | |
| August | | 0 | | | |
| September | | 0 | | | |
| TOTAL 3rd Quarter | | $ 0 | $ | | |
| October | | $ 0 | | | |
| November | | 0 | | | |
| December | 2019 | 126,967.86 | $ 975.00 | 2014009 | 1/24/2020 |
| TOTAL 4th Quarter | | $ 126,967.86 | $ | | |

**FEE SCHEDULE**

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999.................... | $325 | $1,000,000 or more | 1% of quarterly disbursements or $250,000, whichever is less |
| $15,000 to $74,999.......... | $650 | | |
| $75,000 to $149,999........ | $975 | | |
| $150,000 to $224,999...... | $1,625 | | |
| $225,000 to $299,999...... | $1,950 | | |
| $300,000 to $999,999...... | $4,875 | | |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\** Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*

Page 1 of 1
Rev. 01/01/18

**DEBTOR:** Minnesota School of Business, Inc.      **CASE NO:** 19-33629

## Form 2-G
## NARRATIVE
### For Period Ending 12/31/19

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.**

Globe University, Inc. and Minnesota School of Business, Inc. are operating using a single Wells Fargo bank account owned by Minnesota School of Business, Inc. As such Globe University, Inc. will have zero dispersements and will submit the minimum fee quarterly. Minnesota School of Business, Inc. will pay expenses as incurred and will track amount paid on behalf of Globe University, Inc. via the related party receivable. Minnesota School of Business, Inc. will pay the quarterly fee based upon combined disbursements. Checks that cleared 11/20/19 were honored by Wells Fargo before the freeze on the bank account and the stop payments were issued for the remaining outstanding checks as of the date of the petition. Further, certain LLC tenants did not stop the auto pay for monthly rent due to the LLCs, and the lenders for the LLC mortages did not stop the monthly debt auto payments from clearing the account before a new bank account was established for the LLCs. Rent checks totaling $566,490.54 for November and December we were received and not deposited until after 12/31 due to the timing of the opening of the new bank account for the LLCs and are therefore not reflected on this month's report.  The Debtors expect, based on rent rolls and CAM budgets, that the real estate operations will be cash flow positive in future months.  The most significant change on the financial statements since 10/31/19 was to record a $3,709,625.84 expense, representing the amount paid to the State of Minnesota, reducing the prepaid legal balance; since all appeals have been exhausted the balance should not longer be considered prepaid.